UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY CHANDLER (Individually)
and MARY CHANDLER as
Personal Representative of
the ESTATE OF RAYMOND
CHANDLER,

    Plaintiff,

v.                              Case No. 8:08-cv-1799-T-33EAJ

R.J. REYNOLDS TOBACCO
COMPANY, a foreign
corporation; BP AMERICA
INC., a foreign corporation;
PUBLIX SUPER MARKETS, INC.,
a Florida corporation; WINN-
DIXIE STORES, INC., a
Florida corporation,

    Defendant.
_____/

**ORDER**

This matter comes before the Court upon consideration of the report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 23), filed on October 14, 2008, recommending that defendant Publix Super Markets, Inc.'s motion to dismiss (Doc. # 8) and defendant BP America Inc.'s motion to dismiss (Doc. # 12) be granted. In her report and recommendation, Judge Jenkins recommends that the motions be granted as unopposed because Mary Chandler has not filed a response. (Doc. # 23.) No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. <u>See Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration of the report and recommendation, the Court accepts the report and recommendation of Magistrate Judge Jenkins.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 23) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a

2

part of this order for all purposes, including appellate review.

(2) Defendant Publix Super Markets, Inc.'s motion to dismiss (Doc. # 8) is **GRANTED**.

(3) Defendant BP America Inc.'s motion to dismiss (Doc. # 12) is **GRANTED**.

(4) Defendants BP America Inc. and Publix Super Markets, Inc. are hereby **DISMISSED** from this case.

(5) The clerk is directed to terminate any previously scheduled deadlines and pending motions related to defendants BP America Inc. and Publix Super Markets, Inc.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>10th</u> day of November 2008.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

3